RECEIVED
MAR 2 2 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| LOUIS BARRAS, SR. | CIVIL ACTION NO.: 12-0197 |
| VERSUS | JUDGE DOHERTY |
| AMERADA HESS CORPORATION, ET AL. | MAGISTRATE JUDGE HANNA |

## ORDER

Considering the Memorandum Ruling dated March 21, 2013,

IT IS ORDERED the magistrate judge's Individual Report and Recommendation [Rec. Doc. 374] is MODIFIED as noted in the Memorandum Ruling; ADOPTED as noted in the Memorandum Ruling; and DECLINES TO ADOPT as noted in the Memorandum Ruling; and REMANDED as noted in the Memorandum Ruling.

This Court FURTHER ADOPTS its Ruling in Documents 409 and 410, dismissing the claims made by all parties, including Mr. Barras, as against Shell Pipeline Company LP, Concha Chemical Pipeline, LLC, Enterprise Lou-Tex Proplyene Pipeline LP, Bridgeline Holdings, L.P., Denbury Resources, Inc., Sorrento Pipeline Company, Wilbros RIP, Inc., Dow Intrastate Gas Company and their respective insurers, with prejudice, as it might apply to plaintiff, Louis Barras.

This Court FURTHER ORDERS the Motions to Dismiss Louis Barras, Sr.'s claims against the remaining defendants Hess Corporation f/k/a Amerada Hess Corporation, ConocoPhillips, Southern Natural Gas Company, Exxon Mobile Corporation, El Paso Field Services Management, Inc., Union Oil of California, The Dow Chemical Company, Texaco Pipelines, LLC; The Louisiana Land & Exploration Co., Florida Gas Transmission Company, Enterprise Products Company, and

Kerr-McGee Federal Limited Partnership and their insurers be DENIED for the reasons noted.

Thus done and signed this 21 day of March, 2013.

Rebecca F. Doherty
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 3-22-13
BY: CA
TO: PJH/rj